AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Galindo Vail-Hernandez, | ) | Case No.  13-8219-JMH |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

FILED by ___ FW ___ D.C.

**APR 2 3 2013**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 15, 2013 _____ in the county of _____ Palm Beach _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry After Removal |

This criminal complaint is based on these facts:

See attached affidavit of ICE Deportation Officer Andy Korzen

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ICE Deportation Officer Andy Korzen
*Printed name and title*

*I find probable cause.*
Sworn to before me and signed in my presence.

Date: _____ 04/23/2013 _____

_____
*Judge's signature*

City and state: _____ West Palm Beach, Florida _____

U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

## UNITED STATES v. GALINDO VAIL-HERNANDEZ
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years.  I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida.  As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States.  I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers.  This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Galindo VAIL-HERNANDEZ committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3.      On or about April 15, 2013, Galindo VAIL-HERNANDEZ was arrested in Palm Beach County, Florida on charges of failure to appear for arraignment on misdemeanor offenses of domestic battery. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is Galindo VAIL-HERNANDEZ.

4.      On or about April 18, 2013, your affiant received the immigration alien file assigned to Galindo VAIL-HERNANDEZ. Records within alien file assigned to Galindo VAIL-HERNANDEZ show that he is a native and citizen of Guatemala.

Records further show that on or about March 1, 2006, Galindo VAIL-HERNANDEZ was ordered removed from the United States. The Order of Removal was executed on or about November 2, 2008, whereby Galindo VAIL-HERNANDEZ was removed from the United States to Guatemala. Thereafter, Galindo VAIL-HERNANDEZ re-entered into the United States illegally and was removed on two more separated occasions, that is on or about December 30, 2008, and for the third time on or about March 2, 2011.

5.      Border Patrol Fingerprint Expert Richard Abbott conducted fingerprint comparison in this case.   The fingerprint comparison confirmed that the individual encountered on or about April 15, 2013, that is, Galindo VAIL-HERNANDEZ was the same person previously removed from the United States.

6.      On or about April 19, 2013, your affiant received the Certificate of Nonexistence of Records pertaining to Alien File Number A098 878 510 for the alien identified as Galindo VAIL-HERNANDEZ, verifying that, after a diligent search, no record was found to exist indicating that Galindo VAIL-HERNANDEZ had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security for re-admission into the United States as required by law.

7.      Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about April 15, 2013, Galindo VAIL-HERNANDEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or

the Secretary of the Department of Homeland Security for re-admission into the United

States, in violation of Title 8, United States Code, Section 1326(a).


Andy Korzen
Deportation Officer
Immigration and Customs Enforcement



SWORN TO AND SUBSCRIBED BEFORE
ME THIS 23RD DAY OF APRIL, 2013, AT
WEST PALM BEACH, FLORIDA.


JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### No.   13-8219-JMH


UNITED STATES OF AMERICA

vs.


GALINDO VAIL-HERNANDEZ,

                    Defendant.
_____/

## CRIMINAL COVER SHEET


1.     Did this matter originate from a matter pending in the Northern Region of the United States
       Attorney's Office prior to October 14, 2003?  _____ Yes   _X_ No

2.     Did this matter originate from a matter pending in the Central Region of the United States
       Attorney's Office prior to September 1, 2007?  _____ Yes   _X_ No



                    Respectfully submitted,

                    WIFREDO A. FERRER
                    UNITED STATES ATTORNEY

            BY:     _____
                    JOHN C. McMILLAN, JR.
                    ASSISTANT UNITED STATES ATTORNEY
                    Admin. No. A5500228
                    500 S. Australian Avenue, Suite 400
                    West Palm Beach, FL 33401-6235
                    Tel:  (561) 820-8711
                    Fax: (561) 820-8777
                    John.McMillan@usdoj.gov